**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| D'LISA S. ARDREY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-07-04-M ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

## ORDER

On May 8, 2007, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Commissioner's Motion to Dismiss be denied. The parties were advised of their right to object to the Report and Recommendation by May 29, 2007. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 8, 2007, and

(2) DENIES the Commissioner's Motion to Dismiss [docket no. 11].

**IT IS SO ORDERED this 21st day of June, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE